UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-00203 |
| | ) | REEVES/GUYTON |
| **WILLIE CLYDE PUCKETT, JR.** | ) | |

**O R D E R**

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) grant defendant's motion to withdraw his not guilty plea; (2) accept his plea of guilty to the charge in the Indictment; (3) adjudicate defendant guilty of the charge set forth in the Indictment, that is, escape from custody, in violation of 18 U.S.C. §§ 751(a) and 4082; and (4) find defendant shall remain in custody until sentencing in this matter [Doc. 18]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 18] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea is **GRANTED.**

(2) His plea of guilty to the charge in the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge set forth in the Indictment, that is, escape from custody, in violation of 18 U.S.C. §§ 751(a) and 4082; and

(4) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**PAMELA L. REEVES**
**CHIEF UNITED STATES DISTRICT JUDGE**